FILED BY ___scn___ D.C.

Feb 3, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CR-14008-GRAHAM-MAYNARD

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

JEFFREY THOMAS WILKINSON,
           Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about November 3, 2021, in Saint Lucie County, in the Southern District of Florida, the defendant,

**JEFFREY THOMAS WILKINSON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance.

## COUNT 2
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about November 3, 2021, in Saint Lucie County, in the Southern District of Florida, the defendant,

**JEFFREY THOMAS WILKINSON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

## COUNT 3
**Distribution of a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about November 23, 2021, in Saint Lucie County, in the Southern District of Florida, the defendant,

**JEFFREY THOMAS WILKINSON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance.

## COUNT 4
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about December 14, 2021, in Saint Lucie County, in the Southern District of Florida, the defendant,

**JEFFREY THOMAS WILKINSON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant has an interest.

2. Upon conviction of any violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, the defendant, **JEFFREY THOMAS WILKINSON**, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*

FOREPERSON

*[signature]*

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*

MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEFFREY THOMAS WILKINSON,

Defendant.    /

CASE NO. 2:22-CR-14008-GRAHAM-MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

Court Division: (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [✓] FTP

New defendant(s)  [ ] Yes  [✓] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       [✓]
   - II  6 to 10 days      [ ]
   - III 11 to 20 days     [ ]
   - IV  21 to 60 days     [ ]
   - V   61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
MICHAEL D. PORTER
Assistant United States Attorney
FLA Bar No.    0031149

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. 2:22-CR-14008-GRAHAM-MAYNARD

**Defendant's Name:** JEFFREY THOMAS WILKINSON

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Distribution of a Controlled Substance – 5 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) | 5 – 40 years; $5,000,000 fine; SR: 4 years to Life; $100 Special Assessment |
| 2 | Distribution of a Controlled Substance – a mixture and substance containing a detectable amount of Fentanyl | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) | Up to 20 years; $1,000,000 fine; SR: 3 years to Life; $100 Special Assessment |
| 3 | Distribution of a Controlled Substance – 50 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | 10 years – Life; $10,000,000 fine; SR: 5 years to Life; $100 Special Assessment |
| 4 | Distribution of a Controlled Substance – 50 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | 10 years – Life; $10,000,000 fine; SR: 5 years to Life; $100 Special Assessment |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**   2:22-CR-14008-GRAHAM-MAYNARD

UNITED STATES OF AMERICA

v.

JEFFREY THOMAS WILKINSON,

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

                Respectfully submitted,
                JUAN ANTONIO GONZALEZ
                UNITED STATES ATTORNEY

BY:   _____
                Michael D. Porter
                Assistant United States Attorney
                FLA Bar No.   0031149
                101 South U.S. Highway 1, Suite 3100
                Fort Pierce, Florida 34950
                Tel: 772-466-0899
                Fax: 772-466-1020
                Email: Michael.Porter2@usdoj.gov